UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SYLVIA RODGERS,**

      **Plaintiff,**

**v.**                                                   **Case No:  6:13-cv-1681-Orl-36GJK**

**CAPITAL INVESTMENT ORLANDO,
INC. and PK CHOPRA,**

      **Defendants.**
_____/

# O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on May 12, 2014 (Doc. 29).   In the Report and Recommendation, Magistrate Judge Kelly recommends that the Court grant the parties' Joint Motion for Approval of Settlement and dismiss this case with prejudice.  The parties filed a Joint Notice of Non-Objection Regarding Report & Recommendation (Doc. 30).  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    The Joint Motion for Approval of Settlement (Doc. 27) is **GRANTED.**  The Settlement Agreement (Doc. 27-Ex. 1) is approved to the extent that it constitutes a fair and reasonable resolution of a bona fide dispute.

    (3)    This action is **DISMISSED, with prejudice.**

(4) The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on May 21, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record